IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREW GUASCH,<br><br>Petitioner,<br><br>vs.<br><br>MATTHEW CATES, in his capacity as Secretary of the California Department of Corrections and Rehabilitation, and TERRI GONZALEZ, in her capacity as Warden, California Men's Colony at San Luis Obispo, California,<br><br>Respondents.<br>_____/ | No. C 10-5628 WHA<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION** |

An order to show cause was issued in this action on December 21, 2010. Respondents' counsel has known since that time that she has a deadline to answer the petition. Counsel now moves to extend her deadline because she has a lot of work. Good cause not shown, her motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE